# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

CHAMBERS OF
**MICHAEL BOUDIN**
CHIEF JUDGE

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 7710
BOSTON, MA 02210
(617) 748 - 4431

June 2, 2006

Committee on Financial Disclosure
Judicial Conference of the United States Courts
One Columbus Circle, N.E.
Washington, D.C.    20544

Re:  **2005 Financial Disclosure Report**

To the Committee:

Enclosed are the original and three copies of my disclosure statement for Calendar Year 2005. I have approval to file up to and including June 15, 2006.

I continue to use the "S" and "DC" indicators, where applicable, because it helps me in my record keeping.

Sincerely,



Enclosures 4

RECEIVED JUN 7 II 13 AM '06 FINANCIAL DISCLOSURE OFFICE

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BOUDIN, MICHAEL (NMI) | U.S. COURT OF APPEALS, 1ST CIR | 06/02/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURTHOUSE <br> 1 COURTHOUSE WAY, SUITE 7710 <br> BOSTON, MASSACHUSETTS 02210 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Council | American Law Institute |
| 2. Trustee or Co-trustee | Trust #1, Trust #2 and Trust #3 |
| 3. Editorial Advisor | Daedelus (Journal of the American Academy of Arts and Sciences) |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Vested pension plan account at former law firm, Covington & Burling |
| 2. | |
| 3. | |

DISCLOSURE OFFICE FINANCIAL JUN 7 13 AM '06 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Professorship at Harvard Law School ▮ |
| 2. 2005 | Harvard University Press Book Royalties ▮ |
| 3. 2005 | Lectures at Arizona State University, Tempe, Arizona, 10/23-10/24--Honoraria: $1,000 |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Stanford Law School | Law school moot court, Palo Alto, CA; travel and lodging; 04-28/05-05/01/05 |
| 2. American Law Institute | Council meeting, New York; travel; 10/18/05-10/21/05 |
| 3. American Law Institute | Council meeting, Philadelphia; travel and lodging; 12/08/05-12/09/05 |
| 4. Fordham Law School | Law school seminar program, New York; travel; 2/17-05-2/18/05 |
| 5. University of Virginia Law School | Law school moot court, Charlottesville, Virginia; travel and lodging; 04/08/05-04/10/05 |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/02/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Plymouth Mortgage Co. | Blanket mortg. on ▓▓▓▓ rental property, Wellfleet, MA | M |
| 2. GMAC ▓ | Mortg. on rental prop. #1, Cambridge, MA | M |
| 3. GMAC ▓ | Mortg. on rental prop. #2, Cambridge, MA | N |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | er (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. C & B PENSION PLAN (see note 1) | G | Int./Div. | P1 | T | | | | | |
| 2. - Ranier Small/Mid Cap Equit | | | | | | | | | |
| 3. - Schwab Stable Value Instl | | | | | | | | | |
| 4. TIAA-CREF RETIREMENT PLAN (see note 1) | C | Int./Div. | L | T | | | | | |
| 5. - TIAA Fund | | | | | | | | | |
| 6. - CREF Stock | | | | | | | | | |
| 7. Bank of America acount Bos, MA | A | Interest | O | T | | | | | |
| 8. BankNorth acc't Wellfleet,MA | A | Interest | J | T | | | | | |
| 9. Rental Property, Washington D.C. | E | Rent | | | Sell | 12/21 | O | G | Russell & Donna Krapf |
| 10. UBS FINANCIAL SERVICES, INC. | | | | | | | | | |
| 11. - Dryden Nat. Muni Fund (UBS) | A | Interest Cap. Gain | J | T | | | | | |
| 12. - Dul.,MN Pub. Hsg Auth. Bds(09) (UBS) | B | Interest | J | T | | | | | |
| 13. - RMA Money Market Portfolio (UBS) | A | Dividend | J | T | | | | | |
| 14. - UBS US Allocation Fund C (UBS) | B | Dividend | M | T | | | | | |
| 15. - Massachusetts State Bonds (15) (UBS) | B | Interest | K | T | Redemption | 7/01 | K | A | |
| 16. - Youngstown, OH Pub. Housing Bonds (08) (UBS) | A | Interest | J | T | | | | | |
| 17. UBS Bank USA deposit account (UBS) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/02/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MORGAN STANLEY | | | | | | | | | |
| 19. - Milford, MA Bonds (14) (MS) | C | Interest | L | T | | | | | |
| 20. - Mass. State Bonds (06) (MS) | A | Interest | J | T | | | | | |
| 21. - Standard & Poor's Dep. Recpts (MS) | C | Dividend | M | T | | | | | |
| 22. - Massachusetts State Bonds (15) (MS) | A | Interest | K | T | | | | | |
| 23. - Active Assets Tax Free Trust Account (cash equiv.) (MS) | C | Dividend | M | T | | | | | |
| 24. - Connecticut State Bonds (08) (MS) | A | Interest | K | T | | | | | |
| 25. - Massachusetts State Bonds (23) (MS) | A | Interest | | | Redemption | 6/01 | K | A | |
| 26. - Springfield, MA Bonds (12) (MS) | B | Interest | K | T | | | | | |
| 27. - MFS Investors Growth ST FD CL B (MS) | A | Dividend | K | T | | | | | |
| 28. - Boston, MA Bonds (13) (MS) | A | Interest | J | T | | | | | |
| 29. - Massachusetts State Bonds (06) (MS) | B | Interest | | | Redemption | 11/01 | K | A | |
| 30. - Massachusetts State Bonds (08) (MS) | A | Interest | J | T | | | | | |
| 31. - Massachusetts State Bonds (09) (MS) | B | Interest | K | T | | | | | |
| 32. - Massachusetts State Bonds (10) (MS) | B | Interest | K | T | | | | | |
| 33. - Massachusetts State Bonds (12) (MS) | B | Interest | K | T | | | | | |
| 34. - Boston, MA Bonds (14) (MS) | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/02/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Davis New York Venture B (MS) | A | Dividend | M | T | | | | | |
| 36. - Massachusetts State Bonds (08) (MS) | A | Interest | J | T | | | | | |
| 37. - Massachusetts State Bonds (10) (MS) | B | Interest | K | T | | | | | |
| 38. - Lowell, MA Bonds (12) (MS) | A | Interest | J | T | | | | | |
| 39. - Massachusetts State Bonds (13) (MS) | A | Interest | J | T | | | | | |
| 40. - Lynn, MA Bonds (14) (MS) | A | Interest | K | T | | | | | |
| 41. - Massachusetts State Bonds (14) (MS) | A | Interest | | | Redemption | 11/01 | J | A | |
| 42. - Massachusetts State Bonds (15) (MS) | B | Interest | K | T | | | | | |
| 43. - Massachusetts State Bonds (15) (MS) | B | Interest | K | T | | | | | |
| 44. - Worcester, MA Bonds (15) (MS) | A | Interest | K | T | | | | | |
| 45. - Virginia Beach, VA Bonds (18) (MS) | C | Interest | L | T | | | | | |
| 46. - Virginia Beach, VA Bonds (21) (MS) | B | Interest | L | T | | | | | |
| 47. - Massachusetts State Bonds (37) (MS) | D | Interest | M | T | | | | | |
| 48. TIAA-CREF RETIREMENT PLAN (see note 2) | E | Int./Div. | O | T | | | | | |
| 49. - TIAA Fund | | | | | | | | | |
| 50. - CREF stock | | | | | | | | | |
| 51. - CREF Global | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | |
| (See Column C2) | Q =Appraisal | | V =Other | S =Assessment | T =Cash Market |
| | U =Book Value | | | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VANGUARD IRA ACCOUNT (see note 3) | A | Dividend | K | T | | | | | |
| 53. - Index 500 Fund | | | | | | | | | |
| 54. - Windsor Fund | | | | | | | | | |
| 55. - Windsor II Fund | | | | | | | | | |
| 56. FIDELITY IRA ACCOUNT (see note 4) | A | Dividend | K | T | | | | | |
| 57. - Income Fund | | | | | | | | | |
| 58. - Growth and Income Fund | | | | | | | | | |
| 59. - Magellan Fund | | | | | | | | | |
| 60. T. ROWE PRICE FUNDS (see note 5) | | | | | | | | | |
| 61. - Health and Science | A | None | J | T | | | | | |
| 62. - Science and Technology | A | None | J | T | | | | | |
| 63. - Prime Reserve Money Market Fund | A | Interest | J | T | | | | | |
| 64. Scudder Cash Investment Trust MMF (see note 6) | A | Dividend | J | T | | | | | |
| 65. Rental House, Wellfleet, MA | E | Rent | O | W | | | | | |
| 66. ▓▓▓ Wellfleet, MA (rent house) | C | Rent | O | W | | | | | |
| 67. BankAmerica, Boston, MA | A | Interest | J | T | | | | | |
| 68. Kauai, Hawaii, land | B | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/02/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bank of Hawaii | A | Interest | J | T | | | | | |
| 70. General Electric stock | A | Dividend | J | T | | | | | |
| 71. Rental Prop. #1, Cambridge, MA | E | Rent | O | W | | | | | |
| 72. Rental Prop. #2, Cambridge, MA | D | Rent | O | W | | | | | |
| 73. MERRILL LYNCH (see note 7) | | | | | | | | | |
| 74. - General Electric stock | A | Dividend | J | T | | | | | |
| 75. - CMA money fund | A | Dividend | J | T | | | | | |
| 76. TRUST #1 | B | Dividend | L | T | | | | | |
| 77. - RMA Money Market Portfolio (UBS) | | | | | | | | | |
| 78. - UBS US Allocation Fund Class C | | | | | Partial Sale | 12/20 5/23 | J | D | |
| 79. TRUST #2 | D | Dividend | N | T | | | | | |
| 80. - RMA Money Market Portfolio (UBS) | | | | | | | | | |
| 81. - UBS US Allocation Fund Class C | | | | | | | | | |
| 82. TRUST #3 | E | Div./Int. | O | T | | | | | |
| 83. - RMA Money Mkt Portfolio (UBS) | | | | | | | | | |
| 84. - Mamaroneck Town, NY Bond (05) (UBS) | | | | | Redemption | 10/1 | K | A | |
| 85. - Rye, NY Bond (07) (UBS) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Great Neck, NY Bond (08) (UBS) | | | | | | | | | |
| 87. - New Rochelle, NY Bond (09) (UBS) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 06/02/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

MICHAEL BOUDIN, Report Dated June 6, 2004
ATTACHMENT TO PART VII

Note 1: My Covington & Burling and TIAA-CREF retirement plans involve tax-deferred income which is not fully calculated. I have therefore estimated "income" at about 5% of year-end asset value. In 2005, my Covington & Burling retirement plan switched investment advisors from Vang ard to Schwab and (as of September 2005) converted my three holdings in the Vanguard managed plan reported on my prior disclosure report--Vanguard Prime Money Market Fund, Vang ard Short Term Fund Investr Shares and Brandywine Fund--into the two new holdings listed on this report: Ranier Small/Mid Cap Equit and Schwab Stable Value Instl.

Note 2: In all funds, dividends are reinvested; regular employer contributions are made for new investment in the CREF Stock fund. Income is estimated as 5% of asset value.

Note 3: In all funds, dividends are reinvested; regular monthly employee contributions are made for new investment in the Index 500 fund.

Note 4: In all funds, dividends are reinvested.

Note 5: In all funds, dividends are reinvested.

Note 6: Dividends are reinvested.

Note 7: ███████ General Electric stock, previously reported in my 2004 report, t rns out to be held in a Merrill Lynch CMA account in her name; the account has under $1,000 in a CMA money fund and cash of $100 or less.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date \_\_\_6/2/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544